# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

**FILED**
in the Middle District of
North Carolina

**8/15/2025**

Clerk, US District Court
By: _____ DB

| | |
|---|---|
| United States of America<br>v.<br><br>BELI ONEL CORBERA ROMERO | )<br>)<br>)<br>)  Case No.<br>)      1:25MJ  320<br>)<br>) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 31, 2025___ in the county of ___Rowan___ in the
___Middle___ District of ___North Carolina___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | On or about July 31, 2025, BELI ONEL CORBERA ROMERO did forcibly assault, resist, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: Kalek Jones, an ICE Enforcement and Removal Operations (ERO) Deportation Officer, while Jones was acting in the performance of his official duties and caused physical contact, in violation of 18 U.S.C. § 111. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/S/ C. Brandon Parker
_____
*Complainant's signature*

C. Brandon Parker, HSI Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __8/15/2025__

City and state: ___Winston Salem, NC___

_____
*Judge's signature*

Joi Elizabeth Peake, US Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA   :
  :
         v.         :           1:25MJ _320_
  :
BELI ONEL CORBERA ROMERO  :
  :

## **AFFIDAVIT**

I, C. Brandon Parker, Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## **INTRODUCTION**

1.      I am a Special Agent (SA) of the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed since 2019. I am currently assigned to the HSI Greensboro Office, where my duties include, among others, investigating violations of Titles 8, 18, 19, 21, and 31 of the United States Code (U.S.C.). Prior to this assignment, I attended training at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia, where I received instruction in federal criminal statutes, search, seizure, arrest authority, and other aspects of federal law enforcement.

2.     Before joining HSI, I served as a Special Agent with the United States Secret Service (USSS) at the Boston Field Office for four years. My duties included investigating financial crimes and computer-based attacks on the nation's financial, banking, and telecommunications infrastructure. Prior to the USSS, I was a police officer in Greensboro, North Carolina, for 10 years.

3.     As a result of my direct involvement in the investigation and based on reports from other law enforcement officials, I am familiar with the facts and circumstances of this case. The information in this affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint; therefore, it does not include every fact known to me regarding this investigation. This affidavit supports a criminal complaint against Beli Onel CORBERA ROMERO for the following:

On July 31, 2025, CORBERA ROMERO did forcibly assault, resist, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: United States Government Official Kalek Jones, an ICE Deportation Officer, while DO Jones was acting in the performance of his official duties and cause physical contact, in violation of 18 U.S.C. § 111.

## PROBABLE CAUSE

**Jose Belisario CORBERA ORTIZ Arrest – Final Order of Removal**

4.      ICE ERO Fugitive Operations provides logistical and operational support nationwide for locating and arresting at-large removable aliens within the United States. These operations are conducted within local Areas of Responsibility (AOR) with assistance from partnering federal agencies, including, but not limited to, Homeland Security Investigations (HSI), Federal Bureau of Investigation (FBI), U.S. Marshals Service (USMS), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and IRS.

5.      Jose Beilsario CORBERA ORTIZ, a Honduran national, unlawfully entered the United States on April 28, 1996, without admission or parole, in violation of Immigration and Nationality Act (INA) § 212(a)(6)(A). The Border Patrol Agent who encountered CORBERA ORTIZ issued him a Notice to Show Cause and Notice of Hearing. On June 5, 1996, CORBERA ORTIZ failed to appear, and the hearing was conducted in absentia. That same day, an Immigration Judge ordered CORBERA ORTIZ deported to Honduras pursuant to INA § 212(a)(6)(A).

3

6.      On July 31, 2025, the ICE Charlotte Fugitive Task Force planned to execute the Final Order of Removal for CORBERA ORTIZ. The Task Force consisted of Team Leader ICE DO Rodriguez, ICE DO Kalek Jones, IRS SA Tyler Bruce, and IRS SA Dohy. The agents conducted an operational briefing, and all team members wore visible law enforcement badges, markings, and insignia on issued ballistic outer vest carriers and other clothing. They operated U.S. Government vehicles equipped with blue/red emergency lights and sirens.

7.      At approximately 5:45 a.m., IRS SAs Bruce and Dohy, traveling together in one vehicle, observed CORBERA ORTIZ at his residence at 1468 Meadowcreek Dr., China Grove, NC. CORBERA ORTIZ and his son, J.C.R., exited the residence and entered separate vehicles. CORBERA ORTIZ drove a 2010 Honda Ridgeline (North Carolina plate TX6303). J.C.R. drove a 2015 Chevrolet Camaro (North Carolina plate RHR-2776). The vehicles departed in tandem from Meadowcreek Dr. to Bluefield Dr.

4



*Meadowcreek Dr is inaccessible above the residence and Bluefield Dr is the only throughfare to and from the residence.*

8.      SAs Bruce and Dohy positively identified CORBERA ORTIZ as the subject of the Final Order of Removal and relayed this to DOs Rodriguez and Jones, who were operating separate vehicles.

9.      Agents observed the Camaro continue toward Ed Deal Rd., leaving the community, while the Ridgeline stopped on Meadowcreek Dr. and began reversing toward Bluefield Dr.

10.     As CORBERA ORTIZ attempted to turn back toward his residence, SAs Bruce and Dohy activated their emergency lights and stopped in front of

5

CORBERA ORTIZ, while DO Rodriguez positioned his vehicle, with emergency lights activated, to the Ridgeline's rear driver's side.

11. The following image, taken from video recorded by a security camera on a nearby residence, depicts the position of the three vehicles (seen in the background).



12. Agents effected the arrest of CORBERA ORTIZ with incident that involved assault and physical contact to arresting agents.

**Beli Onel CORBERA ROMERO – Arrives to Obstruct Agents**

13. While agents worked to secure CORBERA ORTIZ in a transport vehicle, his sons — Beli Onel CORBERA ROMERO and J.C.R. — arrived in separate vehicles. J.C.R. was still in the Camaro, and CORBERA ROMERO

6

was in a 2011 Honda Ridgeline displaying North Carolina temporary registration plate 30562763.

14.     CORBERA ROMERO parked his vehicle on Meadowcreek Dr., in the middle of the road, along the path of the sole exit to Ed Deal Rd.



15.     As agents attempted to leave, CORBERA ROMERO drove recklessly and with wanton disregard for public safety, maneuvering his vehicle alongside the car driven by DO Rodriguez. In doing so, he spun his tires, kicking dirt and debris.

7







8

16.    CORBERA ROMERO then pulled toward a nearby driveway. As DO

Rodriguez attempted to drive forward, CORBERA ROMERO reversed his

Ridgeline toward the driver's side of Rodriguez's vehicle, forcing Rodriguez to

swerve off the road to avoid a collision.





9



17.   After missing Rodriguez, CORBERA ROMERO positioned himself in the path of DO Jones, who was transporting CORBERA ORTIZ. As Jones attempted to pass, CORBERA ROMERO accelerated toward his vehicle. Jones swerved toward the shoulder, but CORBERA ROMERO struck the rear passenger side of Jones's vehicle.

18.   The impact forced Jones's vehicle into a fence, damaging the fence and fence post.



10





19.    Agents exited their vehicles and issued commands for CORBERA
ROMERO to stop. He refused, reversed into the roadway, and fled, circling
behind a nearby house before returning toward the target residence.

11





20.     DO Jones, already injured during the arrest of CORBERA ORTIZ, sustained additional injuries from the vehicular assault. He sought medical treatment and was relieved of duty under Workers' Compensation.

## CONCLUSION

21.     Based upon the foregoing, I respectfully submit that there is probable cause to believe that on July 31, 2025, in Rowan County, CORBERA ROMERO did forcibly assault, resist, impede, intimidate, and interfere with DO Kalek Jones, an ICE Deportation Officer, while DO Jones was acting in the performance of his official duties and cause physical contact, in violation of 18 U.S.C. § 111.

Respectfully submitted,

/s/ C. Brandon Parker
C. Brandon Parker
Special Agent
Homeland Security Investigations

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this written affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:   August 15, 2025

City and state:   Winston Salem, North Carolina

Joi Elizabeth Peake, U.S. Magistrate Judge

13