# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>BELI ONEL CORBERA ROMERO<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:25MJ 320 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BELI ONEL CORBERA ROMERO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about July 31, 2025, BELI ONEL CORBERA ROMERO did forcibly assault, resist, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: Kalek Jones, an ICE Enforcement and Removal Operations (ERO) Deportation Officer, while Jones was acting in the performance of his official duties and caused physical contact, in violation of 18 U.S.C. § 111.

Date: 8/15/2025

*Issuing officer's signature*

City and state: Winston Salem, NC

Joi Elizabeth Peake, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*